FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAY 29 PM 4:  

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

PAUL GEORGE BETTENCOURT,

    Plaintiff,

v.

BRUCE CHATMAN; JANET BEWTON;
JOHN DOE KEMP, Warden; JOHN
DOE MR. C; JOHN DOE KELLY;
and JOHN DOE McCRAY,

    Defendants.

CIVIL ACTION NO.: CV613-021

## ORDER

By Order dated February 27, 2013, this Court allowed the Plaintiff to proceed *in forma pauperis* with an action filed pursuant to the provisions of 42 U.S.C. § 1983. After the requisite frivolity review, it appeared Plaintiff's claims were unrelated. By Order dated April 8, 2013, Plaintiff was directed to advise the Court, within thirty days, as to which claim or related claims he desired to pursue in this case. Plaintiff was advised that his failure to respond to that Order would result in the dismissal of this case. Plaintiff has failed to respond to the Court's April 8, 2013, Order. Accordingly, Plaintiff's complaint is **DISMISSED** without prejudice. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 29 day of May, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)